CHAD A. READLER
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
KATHRYNE M. GRAY (TX Bar No. 24087617)
Trial Attorney
    United States Department of Justice
    Civil Division
    Office of Immigration Litigation - District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 305-7386
    Facsimile: (202) 305-7000
    kathryne.m.gray@usdoj.gov

Counsel for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZUORA INC., <br><br> Plaintiff, <br><br> v. <br><br> KATHY A. BARAN, Director, California Service Center, U.S. Citizenship and Immigration Services, *et al.*, <br><br> Defendants. | Case No. 3:18-cv-01442-SK <br><br> **JOINT STIPULATION OF DISMISSAL** |

PLEASE TAKE NOTICE that Defendants Kathy A. Baran, Director of the United States

Citizenship and Immigration Services ("USCIS") California Service Center, in her official

capacity; L. Francis Cissna, Director of USCIS, in his official capacity; Kirstjen Nielsen,

- 1 -
JOINT STIPULATION OF DISMISSAL
*Zuora Inc. v. Baran, et al.,* 3:18-cv-01442-SK

Secretary of the U.S. Department of Homeland Security, in her official capacity; and Plaintiff Zuora Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to the voluntary dismissal of this action. Each party will bear its own costs, expenses, and fees.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

Dated: July 25, 2018        By:        */s/ Kathryne M. Gray*
KATHRYNE M. GRAY
Texas Bar No. 24087617
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7386
Facsimile: (202) 305-7000
kathryne.m.gray@usdoj.gov

*Counsel for Defendants*

Dated: July 25, 2018        By:        */s/ Zachary Nightingale*
ZACHARY NIGHTINGALE
STACEY GARTLAND
KELSEY MORALES
Van Der Hout, Brigagliano, & Nightingale, LLP
180 Sutter Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

*Counsel for Plaintiff*

# ORDER

Pursuant to stipulation and Federal Rule of Civil Procedure 41(a), the Court hereby dismisses this action. Each party will bear its own costs, expenses, and fees.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 26, 2018

*[signature]*
HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I have conferred with counsel for Plaintiff regarding this filing. Plaintiff's counsel have represented that they concur in the filing of this document and that I am authorized to file it on their behalf.

DATED: July 25, 2018  */s/ Kathryne M. Gray*
KATHRYNE M. GRAY
Trial Attorney
United States Department of Justice
Civil Division

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2018, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

*/s/ Kathryne M. Gray*
KATHRYNE M. GRAY
Trial Attorney
United States Department of Justice
Civil Division